**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Duffy,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | No. CV-19-08161-PCT-JAT<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's counsel's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Counsel seeks $22,946.75 in fees. (Doc. 28 at 1). Counsel acknowledges that the $9,800.00 in attorney's fees previously awarded under the Equal Access to Justice Act ("EAJA") must be paid to the client.

　　　　The Government takes no position on the amount of fees requested under § 406(b). (Doc. 29). The Court finds the *Gisbrecht* factors have been met; the amount requested under § 406(b) is within the statutory guidelines and is reasonable. *See Gisbrecht v. Barnhart*, 535 U.S. 789 (2002).

　　　　The parties dispute how the $9,800.00 will be paid to the client. Plaintiff's counsel wants the Government to pay $9,800.00 directly to the client (at an unknown point in time) by the Government paying only $13,146.75 of the $22,946.75 sought to Plaintiff's counsel. The Government states that such a procedure is not permitted by law; instead, the Government states that it must pay the full $22,946.75 to Plaintiff's counsel, and Plaintiff's counsel must refund the $9,800.00 in awarded EAJA fees to the client. The Court agrees

with the Government that the language of *Gisbrecht*, 535 U.S. at 796, states that Plaintiff's counsel shall "refund" the EAJA fees to the Plaintiff. Thus, Plaintiff's counsel will be required to refund $9,800.00 to the client.

Based on the foregoing,

**IT IS ORDERED** granting the motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (Doc. 28); Plaintiff's counsel is awarded $22,946.75 in fees subject to the amount to be refunded by Plaintiff's counsel to the client as discussed above.

Dated this 20th day of April, 2021.

James A. Teilborg
Senior United States District Judge